**Order entered February 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01039-CR

### OLIVER BATTIE JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-12860-R**

## ORDER

The Court **REINSTATES** the appeal.

On January 21, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On February 13, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the January 21, 2015 order requiring findings.

We **GRANT** the extension motion and **ORDER** appellant's brief filed as of the date of this order.

We **ORDER** court reporter Mary Snider to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 1.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to court reporter Mary Snider and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE